IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOM FRANKLIN MORRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-23-1042-SLP |
| ) | |
| FCI EL RENO, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Petitioner, a federal prisoner appearing pro se, filed a Petition [Doc. No. 1] seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 13, 2023, United States Magistrate Amanda Maxfield Green entered a Report and Recommendation ("R&R") [Doc. No. 9] recommending the Petition be dismissed without prejudice due to Petitioner's failure to comply with the Court's order. Petitioner was advised that he could object to the R&R on or before January 3, 2024, and that failure to timely object could result in the waiver of his right to appellate review of the factual and legal issues raised. *Id*. at 3. To date, no objection to the R&R has been filed, nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 9] is ADOPTED in its entirety and the Petition [Doc. No. 1] is DISMISSED.[1]  A separate Judgment of Dismissal

---

[1] Because Petitioner is a federal prisoner, he does not need a certificate of appealability (COA) to appeal the dismissal of his § 2241 petition. *See Eldridge v. Berkebile*, 791 F.3d

shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 26th day of January, 2024.

SCOTT L. PALK  
UNITED STATES DISTRICT JUDGE

---

1239, 1241 (10th Cir. 2015). Therefore, the Court need not consider whether to issue a COA in this case.